IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK



| | |
|---|---|
| DIANA MEY, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>FRANKLIN FIRST FINANCIAL, LTD.<br><br>          Defendant. | NO. 2:17-cv-04575-LDW-AYS |

## STIPULATION OF DISMISSAL

The plaintiff files this stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims in the above-captioned case. None of the rights of any putative class members have been released or are otherwise affected by this dismissal.

RESPECTFULLY SUBMITTED AND DATED this 30th day of May, 2018.

By:/s/ *Anthony Paronich*
Anthony Paronich
Broderick & Paronich, P.C.
99 High Street, Suite 304
Boston, MA 02110
(617) 738-7080
Fax (617) 830-0327
anthony@broderick-law.com
*Counsel for Plaintiff*

By: /s/ *Neil H. Greenberg, Esq.*
Neil H. Greenberg, Esq.
Neil H. Greenberg & Associates, P.C.
4242 Merrick Road
Massapequa, New York 11758
516.228.5100
516.228.5106
nhglaw@nhglaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I, hereby certify that on May 30, 2018, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

/s/ *Anthony Paronich*
Anthony Paronich

So Ordered

5/30/18

s/Carol Bagley Amon